UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MARK G. STEFFEN and
LISA STEFFEN,

    Plaintiffs,

and,                                                                      Case No.: 2:22-cv-704

AARP MEDICARE ADVANTAGE/
UHC CLAIMS ADMIN. OPTUM,
XAVIER BECERRA, SECRETARY,
UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES and GEICO
CASUALTY COMPANY,

    Involuntary Plaintiffs,

v.

TEXAS ROADHOUSE MANAGEMENT CORP.,
HOLCOMB GORBY LLC, ABC INSURANCE
COMPANY and DEF INSURANCE COMPANY,

    Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Luke C. Jenson of the law firm of MWH Law Group LLP appears for Defendants Texas Roadhouse Management Corp. and Holcomb Gorby LLC in the above-entitled action.

Dated March 9, 2023.

                **MWH LAW GROUP, LLP**
                Attorneys for Defendants, Texas Roadhouse
                Management Corp. and Holcomb Gorby LLC

                By: /s/ *Electronically signed by Luke C. Jenson*
                Lynette K. Fons     SBN 1105232
                Luke C. Jenson     SBN 1132099
                735 N. Water Street, Suite 610
                Milwaukee, WI 53202
                Telephone: (414) 436-0353
                Facsimile: (414) 436-0354
                *lynette.fons@mwhlawgroup.com*
                *luke.jenson@mwhlawgroup.com*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 9, 2023, a copy of this document was served upon all parties in the above cause by the **electronic document management system ("CM/ECF")**, which will send notification of such filing to all attorneys of record.

**Attorneys for Plaintiffs Mark G. Steffen and Lisa Steffen**
R. Douglas Stansbury, Esq.
Levy & Levy, S.C.
N61 W6058 Columbia Road
PO Box 127
Cedarburg, WI 53012
dstans@levyandlevy.com

**Attorneys for Involuntary Plaintiff AARP Medicare Advantage/UHC Claims Admin. Optum**
Matthew S. Mayer
Mallery SC
500 3rd St., Ste. 800
PO Box 479
Wausau, WI 54402-0479
mmayer@mzattys.com

**Attorney for Involuntary Plaintiff Xavier Becerra, Secretary, United States Department of Health and Human**
Maura S. Flaherty
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E. Wisconsin Ave., Room 530
Milwaukee, WI 53202
Maura.flaherty@usdoj.gov

**Attorneys for Involuntary Plaintiff Geico Casualty Company**
Joshua Fiscus
Law Offices of Courtney Thomey
350 Bishops Way, Ste. 203
Brookfield, WI 53005
jfiscus@geico.com

                                                        */s/ Brooke Klingbeil*